**Opinion filed November 2, 2023**



## In The

# Eleventh Court of Appeals

_____

## No. 11-23-00119-CR
_____

### BRADLEY CHANCE CADENHEAD, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 266th District Court**
**Erath County, Texas**
**Trial Court Cause No. 22CRDC-00016**

## MEMORANDUM OPINION

Appellant has filed in this court a motion for voluntary dismissal of this appeal. In his motion, Appellant states that he has consulted with counsel and "decided that his best interests would be served by dismissing" the appeal. The motion is signed by both Appellant and Appellant's counsel in compliance with Rule 42.2(a) of the Texas Rules of Appellate Procedure. *See* TEX. R. APP. P. 42.2(a).

We grant Appellant's motion and dismiss this appeal.


W. BRUCE WILLIAMS

November 2, 2023                              JUSTICE

Do not publish. *See* TEX. R. APP. P. 47.2(b).

Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.